HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANNY L. PELLUM,<br><br>                              Plaintiff,<br><br>vs.<br><br>KING COUNTY, KING COUNTY DEPARTMENT OF ADULT DETENTION, and JOHN DOES 1-10,<br><br>                              Defendants. | No. 2:20-cv-01033-RSL<br><br>NOTICE OF SETTLEMENT |

    The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. The parties intend to file the Stipulated Dismissal as soon as practicable, but respectfully request that the parties are given 30 days to file the Stipulated Dismissal. Accordingly, Plaintiff respectfully requests that the Court strike the summary judgment motion noted for

**NOTICE OF SETTLEMENT** Page 1

HAROLD H. FRANKLIN, JR. WSBA #20486
459 SENECA AVE NW
Renton, WA 98057
(206)617-7031

October 29, 2021 and vacate all deadlines as set forth in the August 10, 2021 Minute Order. Plaintiff is filing this Notice and Motion with Defendants' approval and permission.

Respectfully submitted, this 13th day of September, 2021.

>/s/ Harold H. Franklin, Jr.
>Harold H. Franklin, Jr.
>WSBA No. 20486
>Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I, Harold H. Franklin, Jr., certify under penalty of perjury of the laws of the State of Washington, that on September 13, 2021, I sent an electronic copy of the Notice of Settlement to:

CARLA B. CARLSTROM, WSBA #27521
Senior Deputy Prosecuting Attorney
Attorney for the Defendants
500 4th Avenue, 9th Floor
Seattle, WA 98104
Tel: (206) 477-1862/Fax: (206) 296-0191,
Carla.Carlstrom@kingcounty.gov

DATED this 13th day of September, 2021, at Renton, Washington.

/s/Harold H. Franklin, Jr.
Harold H. Franklin, Jr.
WSBA # 20486
Attorney for Plaintiff